FILED'08 OCT 15 16:19 USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

UNITED STATES OF AMERICA,

Petitioner,

v.

RICHARD BENTON,

Respondent.

Civil Case No. 08-MC-9197-HA

**ORDER**

Upon the motion of Petitioner United States, this action is dismissed without prejudice.

DATED: Oct 15, 2008

_____
HONORABLE ANCER L. HAGGERTY
UNITED STATES DISTRICT JUDGE

Presented by:

Dated: October 10, 2008

KARIN J. IMMERGUT
United States Attorney
District of Oregon
Oregon State Bar No. 96314

/s/ Ronald K. Silver
RONALD K. SILVER.
Assistant United States Attorney
United States Attorney's Office
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204-2902
Telephone:   (503) 727-1044
Facsimile:   (503) 727-1117
ron.silver@usdoj.gov
    Attorneys for Petitioner

**Page 1**      **Order**
                *United States v. Benton*, 08-MC-9197-HA